IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JOSHUA GLEASMAN**                                                                               **PLAINTIFF**

vs.                                         No. 6:21-cv-6081-SOH

**HARP SECURITY CONSULTANTS, INC.**                                          **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joshua Gleasman and Defendant Harp Security Consultants, Inc., by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.  Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2.  After arm's length negotiations in which Plaintiff and Defendant were represented by counsel, Plaintiff and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3.  The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4.  The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Respectfully submitted,

**PLAINTIFF JOSHUA GLEASMAN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **HARP SECURITY CONSULTANTS, INC., DEFENDANT**

MORRISSEY LAW FIRM
835 Central Ave, Suite 509
Hot Springs, Arkansas 71901
Telephone: (501) 623-7372
Facsimile: (501) 623 2822

*/s/ Travis J. Morissey*
Travis J. Morrissey
Ark. Bar No. 99033
tjm@tjmlegal.com