IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA GLEASMAN                                                                                           PLAINTIFF

v.                                            Case No. 6:21-cv-6081

HARP SECURITY CONSULTANTS, INC.                                                      DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice ECF No. 27. The parties stipulate that this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, except as otherwise agreed.

**IT IS SO ORDERED**, this 25th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge